UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re: Jon Christopher Whitekiller,
Shelly Dawn Whitekiller,
Debtor(s).

Case No. ____________

PAY ADVICE COVER SHEET

The attached pay information is filed on behalf of the debtors. The pay advices were received as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| OKLAHOMA POLICE DEPARTMENT | DECEMBER 2009 | FEBRUARY 2010 |
| ARBONNE INTERNATIONAL | DECEMBER 2009 | FEBRUARY 2010 |

Filed on February 12, 2010.

by ____________
(Signature)

Jerry D. Brown OBA
5500 N. Western Ave.
Suite 150
Oklahoma City, OK 73118
(405) 841-1000 jdbrownpc@sbcglobal.net
Printed Name, Address, Phone

☒ Attorney for Debtor(s) OBA# #16815

☐ Pro se debtor

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Received Fax : Feb 09 2010 9:22AM Fax Station : JERRY D BROWN PC p. 6
Feb 09 10 09:23a Shelly Whitekiller 405-527-9219 p.6

View Paycheck

ORACLE

Customize Page

Menu

Search:

- My Favorites
- Self Service
  - Personal Information
  - Payroll and Compensation
    - View Paycheck
    - Voluntary Deductions
    - Direct Deposit
    - Compensation History
    - W-4 Tax Information
    - W-2 Reissue Request
  - Benefits
  - Learning and Development
- Manager Self Service
- Reporting Tools
- My Personalizations
- My Dictionary

## View Paycheck

JON WHITEKILLER

Net Pay: $1,560.65

Company: The City of Oklahoma City

Address: 100 N. Walker, STE 300, Oklahoma City, OK 73102

Pay Begin Date: 01/08/2010
Pay End Date: 01/21/2010
Check Date: 01/29/2010

View a Different Paycheck

**General**

| | | | |
|---|---|---|---|
| Name: | JON C WHITEKILLER | Business Unit: | POLICE |
| Employee ID: | [redacted] | Pay Group: | POLICE |
| Address: | 1811 BROOKSIDE DR PURCELL, OK 73080 | Department: | [redacted] Will Rogers |
| | | Location: | POLICE |
| | | Job Title: | Police Sergeant |
| | | Pay Rate: | $36.52 Hourly |

**Tax Data**

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | OK Marital Status: | Married use regular table |
| Fed Allowances: | 2 | OK Allowances: | 2 |
| Fed Addl Percent: | 0.000 | OK Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | OK Addl Amount: | $0.00 |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,053.12 | 2,487.33 | 368.79 | 1,123.68 | 1,560.65 |
| YTD | 6,069.72 | 4,938.14 | 729.59 | 2,258.86 | 3,081.27 |

**Earnings**

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| RegularPay | 80.00 | 36.520000 | 2,921.60 | 5,478.00 |
| shift3 Pol | | | 60.00 | 120.00 |
| On Call | 1.00 | 36.520000 | 36.52 | 36.52 |
| Uniform | | | 35.00 | 70.00 |
| Special Dy | | | | 365.20 |
| Total: | 81.00 | | 3,053.12 | 6,069.72 |

**Taxes**

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholding | 230.98 | 456.49 |
| Fed MED/EE | 39.81 | 79.10 |
| OK Withholding | 98.00 | 194.00 |
| Total: | 368.79 | 729.59 |

**Before-Tax Deductions**

| Description | Amount | YTD Amount |
|---|---|---|
| DELTA-BT | 59.18 | 118.36 |
| INDEMNITY | 144.32 | 288.64 |
| VISION-B | 3.76 | 7.52 |
| ICMAT- | 20.00 | 40.00 |
| STND | | |
| Med FSA | 100.00 | 200.00 |
| POLRET | 238.53 | 477.06 |
| Total: | 565.79 | 1,131.58 |

**After-Tax Deductions**

| Description | Amount | YTD Amount |
|---|---|---|
| FOP Dues | 18.78 | 37.56 |
| FOP PAC | 10.00 | 20.00 |
| MECCC | 10.00 | 20.00 |
| MECL | 503.39 | 1,006.78 |
| PDASN | 15.72 | 31.44 |
| POLBNASSOC | | 11.50 |
| Total: | 557.89 | 1,127.28 |

**Employer Paid Benefits**

| Description | Amount | YTD Amount |
|---|---|---|
| IADMIN-ER | 1.92 | 3.84 |
| DELTA-BT | 8.00 | 16.00 |
| INDEMNITY | 577.26 | 1,154.52 |
| EAP | | 1.49 |
| BasicLife | 0.82 | 1.64 |
| Police-ER | 387.61 | 775.22 |
| ADMIN | | 2.05 |
| * Taxable | | |
| Total: | 975.61 | 1,954.76 |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 2668528 | Checking | [redacted] | 1,560.65 |

https://okcportal.okc.gov/psp/HCPROD/EMPLOYEE/HRMS/c/ROLE_EMPLOYEE.PY_I... 2/5/2010



Search:

My Favorites
Self Service
Personal Information
Payroll and Compensation

Benefits
Learning and Development
Manager Self Service
Reporting Tools

Customize Page

## View Paycheck

JON WHITEKILLER

**Net Pay:** $1,520.62

**Company:**
The City of Oklahoma City

**Address:**
100 N Walker, STE 300
Oklahoma City, OK 73102

**Pay Begin Date:** 12/25/2009
**Pay End Date:** 01/07/2010
**Check Date:** 01/15/2010

View a Different Paycheck

| | | | |
|---|---|---|---|
| **Name:** | JON C WHITEKILLER | **Business Unit:** | POLCE |
| **Employee ID:** | | **Pay Group:** | POLICE |
| **Address:** | 1811 BROOKSIDE DR | **Department:** | Will Rogers |
| | PURCELL, OK 73080 | **Location:** | POLICE |
| | | **Job Title:** | Police Sergeant |
| | | **Pay Rate:** | $36.52 Hourly |

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **OK Marital Status:** | Married, use regular table |
| **Fed Allowances:** | 2 | **OK Allowances:** | 2 |
| **Fed Addl Percent:** | 0.000 | **OK Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **OK Addl Amount:** | $0.00 |

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,016.60 | 2,450.81 | 360.80 | 1,135.18 | 1,520.62 |
| YTD | 3,016.60 | 2,450.81 | 360.80 | 1,135.18 | 1,520.62 |

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| RegularPay | 70.00 | 36.520000 | 2,556.40 | 2,556.40 |
| Special Dy | 10.00 | 36.520000 | 365.20 | 365.20 |
| shift3 Pol | | | 60.00 | 60.00 |
| Uniform | | | 35.00 | 35.00 |
| **Total:** | **80.00** | | **3,016.60** | **3,016.60** |

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholdng | 225.51 | 225.51 |
| Fed MED/EE | 39.29 | 39.29 |
| OK Withholdng | 96.00 | 96.00 |
| **Total:** | **360.80** | **360.80** |

| Description | Amount | YTD Amount |
|---|---|---|
| DELTA-BT | 59.18 | 59.18 |
| INDEMNITY | 144.32 | 144.32 |
| VISION-B | 3.76 | 3.76 |
| ICMA1-STND | 20.00 | 20.00 |
| Med FSA | 100.00 | 100.00 |
| POLRET | 238.53 | 238.53 |
| **Total:** | **565.79** | **565.79** |

| Description | Amount | YTD Amount |
|---|---|---|
| FOP Dues | 18.78 | 18.78 |
| FOP PAC | 10.00 | 10.00 |
| MECCC | 10.00 | 10.00 |
| MECU | 503.39 | 503.39 |
| PDASN | 15.72 | 15.72 |
| POLBNASSOC | 11.50 | 11.50 |
| **Total:** | **569.39** | **569.39** |

| Description | Amount | YTD Amount |
|---|---|---|
| IADMIN-ER | 1.92 | 1.92 |
| DELTA-BT | 8.00 | 8.00 |
| INDEMNITY | 577.26 | 577.26 |
| EAP | 1.49 | 1.49 |
| BasicLife | 0.82 | 0.82 |
| Police-ER | 387.61 | 387.61 |
| ADMIN | 2.05 | 2.05 |
| * Taxable | | |
| **Total:** | **979.15** | **979.15** |

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 2663940 | Checking | | 1,520.62 |

| Earn Code | Type | Hours | Effective Date |
|---|---|---|---|
| COM | BAL | 1.500000 | 01/07/2010 |
| ISD | BAL | 0.000000 | 01/07/2010 |
| MIL | BAL | 0.000000 | 01/07/2010 |
| SCK | BAL | 550.500000 | 01/07/2010 |
| SCK | ERN | 5.000000 | 01/07/2010 |
| SPD | BAL | -100.000000 | 01/07/2010 |
| SVC | BAL | -40.000000 | 01/07/2010 |
| TTA | BAL | 0.000000 | 01/07/2010 |
| VAC | BAL | 27.500000 | 01/07/2010 |
| VAC | ERN | 6.200000 | 01/07/2010 |

Return to Self Service

Go To: Payroll and Compensation Home

Search:

My Favorites
Self Service
Personal Information
Payroll and Compensation

Benefits
Learning and Development
Manager Self Service
Reporting Tools

Customize Page |

## View Paycheck

JON WHITEKILLER

**Net Pay:** $1,903.49

**Company:**
The City of Oklahoma City

**Address:**
100 N Walker, STE 300
Oklahoma City, OK 73102

**Pay Begin Date:** 12/11/2009
**Pay End Date:** 12/24/2009
**Check Date:** 12/31/2009

View a Different Paycheck

| | | | |
|---|---|---|---|
| **Name:** | JON C WHITEKILLER | **Business Unit:** | POLCE |
| **Employee ID:** | [redacted] | **Pay Group:** | POLICE |
| **Address:** | 1811 BROOKSIDE DR | **Department:** | [redacted] Will Rogers |
| | PURCELL, OK 73080 | **Location:** | POLICE |
| | | **Job Title:** | Police Sergeant |
| | | **Pay Rate:** | $36.52 Hourly |

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **OK Marital Status:** | Married, use regular table |
| **Fed Allowances:** | 2 | **OK Allowances:** | 2 |
| **Fed Addl Percent:** | 0.000 | **OK Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **OK Addl Amount:** | $0.00 |

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,162.68 | 2,904.15 | 452.77 | 806.42 | 1,903.49 |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| RegularPay | 47.00 | 36.520000 | 1,716.44 |
| Special Dy | 10.00 | 36.520000 | 365.20 |
| Sick Pay | 10.00 | 36.520000 | 365.20 |
| Vacation | 10.00 | 36.520000 | 365.20 |
| On Call | 4.00 | 36.520000 | 146.08 |
| Comp Pay | 3.00 | 36.520000 | 109.56 |
| shift3 Pol | | | 60.00 |
| Uniform | | | 35.00 |
| **Total:** | **84.00** | | **3,162.68** |

| Description | Amount |
|---|---|
| Fed Withholdng | 285.91 |
| Fed MED/EE | 45.86 |
| OK Withholdng | 121.00 |
| **Total:** | **452.77** |

| Description | Amount |
|---|---|
| ICMA1-STND | 20.00 |
| POLRET | 238.53 |
| **Total:** | **258.53** |

| Description | Amount |
|---|---|
| FOP Dues | 18.78 |
| FOP PAC | 10.00 |
| MECU | 503.39 |
| PDASN | 15.72 |
| **Total:** | **547.89** |

| Description | Amount |
|---|---|
| Police-ER | 387.61 |
| * Taxable | |
| **Total:** | **387.61** |

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 2659307 | Checking | [redacted] | 1,903.49 |

Return to Self Service

Go To Payroll and Compensation Home

Search:

My Favorites
Self Service
Personal Information
Payroll and Compensation

Benefits
Learning and Development
Manager Self Service
Reporting Tools

Customize Page |

## View Paycheck

JON WHITEKILLER

Net Pay: $1,526.33

**Company:**
The City of Oklahoma City

**Address:**
100 N Walker STE 300
Oklahoma City, OK 73102

Pay Begin Date: 11/27/2009
Pay End Date: 12/10/2009
Check Date: 12/18/2009

View a Different Paycheck

| | | | |
|---|---|---|---|
| **Name:** | JON C WHITEKILLER | **Business Unit:** | POLCE |
| **Employee ID:** | [redacted] | **Pay Group:** | POLICE |
| **Address:** | 1811 BROOKSIDE DR | **Department:** | [redacted] Will Rogers |
| | PURCELL, OK 73080 | **Location:** | POLICE |
| | | **Job Title:** | Police Sergeant |
| | | **Pay Rate:** | $36 52 Hourly |

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **OK Marital Status:** | Married, use regular table |
| **Fed Allowances:** | 2 | **OK Allowances:** | 2 |
| **Fed Addl Percent:** | 0 000 | **OK Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0 00 | **OK Addl Amount:** | $0.00 |

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 3,016 60 | 2,461 71 | 355 99 | 1,134.28 | 1,526.33 |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| RegularPay | 60 00 | 36 520000 | 2,191.20 |
| Sick Pay | 20 00 | 36 520000 | 730.40 |
| shift3 Pol | | | 60 00 |
| Uniform | | | 35.00 |
| **Total:** | **80.00** | | **3,016.60** |

| Description | Amount |
|---|---|
| Fed Withholdng | 219 55 |
| Fed MED/EE | 39.44 |
| OK Withholdng | 97.00 |
| **Total:** | **355.99** |

| Description | Amount |
|---|---|
| DELTA-BT | 55.38 |
| INDEMNITY | 140 98 |
| ICMA1-STND | 20.00 |
| Med FSA | 100.00 |
| POLRET | 238.53 |
| **Total:** | **554.89** |

| Description | Amount |
|---|---|
| FOP Dues | 18.78 |
| FOP PAC | 10.00 |
| MECCC | 20.00 |
| MECU | 503.39 |
| PDASN | 15.72 |
| POLBNASSOC | 11.50 |
| **Total:** | **579.39** |

| Description | Amount |
|---|---|
| IADMIN-ER | 1 92 |
| DELTA-BT | 8.00 |
| INDEMNITY | 563.93 |
| BasicLife | 0.82 |
| Police-ER | 387.61 |
| * Taxable | |
| **Total:** | **962.28** |

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 2654647 | Checking | [redacted] | 1,526.33 |

Return to Self Service

Go To Payroll and Compensation Home

Search:

My Favorites
Self Service
Personal Information
Payroll and Compensation

Benefits
Learning and Development
Manager Self Service
Reporting Tools

Customize Page |

## View Paycheck

JON WHITEKILLER

**Net Pay:** $1,566.35

**Company:**
The City of Oklahoma City

**Address:**
100 N. Walker, STE 300
Oklahoma City, OK 73102

**Pay Begin Date:** 11/13/2009
**Pay End Date:** 11/26/2009
**Check Date:** 12/04/2009

View a Different Paycheck

| | | | | |
|---|---|---|---|---|
| **Name:** | JON C WHITEKILLER | **Business Unit:** | POLCE | |
| **Employee ID:** | [redacted] | **Pay Group:** | POLICE | |
| **Address:** | 1811 BROOKSIDE DR | **Department:** | [redacted] Will Rogers | |
| | PURCELL, OK 73080 | **Location:** | POLICE | |
| | | **Job Title:** | Police Sergeant | |
| | | **Pay Rate:** | $36.52 | Hourly |

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **OK Marital Status:** | Married, use regular table |
| **Fed Allowances:** | 2 | **OK Allowances:** | 2 |
| **Fed Addl Percent:** | 0.000 | **OK Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **OK Addl Amount:** | $0.00 |

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,053.12 | 2,498.23 | 363.99 | 1,122.78 | 1,566.35 |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| RegularPay | 60.00 | 36.520000 | 2,191.20 |
| Sick Pay | 10.00 | 36.520000 | 365.20 |
| Special Dy | 10.00 | 36.520000 | 365.20 |
| shift3 Pol | | | 60.00 |
| On Call | 1.00 | 36.520000 | 36.52 |
| Uniform | | | 35.00 |
| **Total:** | **81.00** | | **3,053.12** |

| Description | Amount |
|---|---|
| Fed Withholdng | 225.02 |
| Fed MED/EE | 39.97 |
| OK Withholdng | 99.00 |
| **Total:** | **363.99** |

| Description | Amount |
|---|---|
| DELTA-BT | 55.38 |
| INDEMNITY | 140.98 |
| ICMA1-STND | 20.00 |
| Med FSA | 100.00 |
| POLRET | 238.53 |
| **Total:** | **554.89** |

| Description | Amount |
|---|---|
| FOP Dues | 18.78 |
| FOP PAC | 10.00 |
| MECCC | 20.00 |
| MECU | 503.39 |
| PDASN | 15.72 |
| **Total:** | **567.89** |

| Description | Amount |
|---|---|
| IADMIN-ER | 1.92 |
| DELTA-BT | 8.00 |
| INDEMNITY | 563.93 |
| EAP | 1.49 |
| BasicLife | 0.82 |
| Police-ER | 387.61 |
| ADMIN | 2.05 |
| * Taxable | |
| **Total:** | **965.82** |

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 2650006 | Checking | [redacted] | 1,566.35 |

Return to Self Service

Go To Payroll and Compensation Home






Close This Window

Print Statement

 Whitekiller & Co. () December, 2009

## Personal Orders

| Ref # | Date | Description | Order Total | PRV | Shipping | Tax | Calc Discount | Flat Discount | Total Due | Applied Balance | Total Paid | Diff. Amt | Disc. Rate(s) | Discount Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45415515 | 12/01/09 | Shelly Whitekiller USD | 483.50 | 463.50 | 12.95 | 50.45 | 162.23 | 0.00 | 384.67 | 0.00 | 384.67 | 0.00 | 0% | 0.00 |
| 45484616 | 12/09/09 | Shelly Whitekiller USD | 542.50 | 502.50 | 22.45 | 63.05 | 175.88 | 0.00 | 452.12 | 0.00 | 452.12 | 0.00 | 0% | 0.00 |
| | | **Personal Orders Total:** | 1,026.00 | 966.00 | 35.40 | 113.50 | 338.11 | 0.00 | 836.79 | 0.00 | 836.79 | 0.00 | | 0.00 |

## Overrides

| Ref # | Date | Description | GRV | x 65% | Override Volume | Override Rate(s) | Override Amount |
|---|---|---|---|---|---|---|---|
| 18244374 | 12/31/09 | Central District RV | 7,770.00 | | 5,050.50 | 8% | 404.04 |
| 18244375 | 12/31/09 | 1st Generation District RV | 40,764.00 | | 26,496.60 | 8% | 2,119.73 |
| 18244376 | 12/31/09 | 2nd Generation District RV | 35,940.60 | | 23,361.39 | 2% | 467.23 |
| 18244377 | 12/31/09 | 3rd Generation District RV | 27,894.70 | | 18,131.56 | 1% | 181.32 |
| 18244378 | 12/31/09 | Central Area RV | 20,486.50 | | 13,316.23 | 6% | 798.97 |
| 18244379 | 12/31/09 | 1st Generation Area RV | 52,842.60 | | 34,347.69 | 6% | 2,060.86 |
| 18244380 | 12/31/09 | 2nd Generation Area RV | 37,707.70 | | 24,510.01 | 1% | 245.10 |
| 18244381 | 12/31/09 | 3rd Generation Area RV | 9,949.00 | | 6,466.85 | 1% | 64.67 |
| 18244382 | 12/31/09 | Central Region RV | 22,532.50 | | 14,646.13 | 3% | 439.38 |
| 18244383 | 12/31/09 | 1st Generation Region RV | 98,453.30 | | 63,994.65 | 3% | 1,919.84 |
| 18244384 | 12/31/09 | Central Nation RV | 120,985.80 | | 78,640.77 | 1% | 786.41 |
| | | **Overrides Total:** | 475,326.70 | | 308,962.38 | | 9,487.55 |

## Cash Bonus

| Ref # | Date | Description | RV | Bonus Amount |
|---|---|---|---|---|
| 1381297 | 12/31/09 | RVP MB Prog | 0.00 | 800.00 |
| | | **Cash Bonus Total:** | 0.00 | 800.00 |

| | Amount | Amount |
|---|---|---|
| **Personal Orders** | 0.00 | 0.00 |
| **Overrides** | 0.00 | 9,487.55 |
| **Adjustments** | 0.00 | 0.00 |
| **Cash Bonus** | 0.00 | 800.00 |
| **Refunds** | 0.00 | 0.00 |
| **Total** | 0.00 | 10,287.55 |

| **Statement Amount** | 10,287.55 |
|---|---|

· Close This Window

Print Statement

ARBONNE INTERNATIONAL

[redacted] *Whitekiller & Co. ([redacted])* *November, 2009*

## Personal Orders

| Ref # | Date | Description | Order Total | PRV | Shipping | Tax | Calc Discount | Flat Discount | Total Due | Applied Balance | Total Paid | Diff. Amt | Disc. Rate(s) | Discount Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45284694 | 11/14/09 | Shelly Whitekiller USD | 282.50 | 262.50 | 12.95 | 32.58 | 91.88 | 0.00 | 236.15 | 0.00 | 236.15 | 0.00 | 0% | 0.00 |
| 45307724 | 11/17/09 | Shelly Whitekiller USD | 370.00 | 258.00 | 12.95 | 40.32 | 90.30 | 67.00 | 265.97 | 0.00 | 265.97 | 0.00 | 0% | 0.00 |
| | | **Personal Orders Total:** | 652.50 | 520.50 | 25.90 | 72.90 | 182.18 | 67.00 | 502.12 | 0.00 | 502.12 | 0.00 | | 0.00 |

## Overrides

| Ref # | Date | Description | GRV | x 65% | Override Volume | Override Rate(s) | Override Amount |
|---|---|---|---|---|---|---|---|
| 18175848 | 11/30/09 | Central District RV | 2,632.50 | | 1,711.13 | 8% | 136.89 |
| 18175849 | 11/30/09 | 1st Generation District RV | 15,058.50 | | 9,788.03 | 8% | 783.04 |
| 18175850 | 11/30/09 | 2nd Generation District RV | 37,494.90 | | 24,371.69 | 2% | 487.43 |
| 18175851 | 11/30/09 | 3rd Generation District RV | 23,948.40 | | 15,566.46 | 1% | 155.66 |
| 18175852 | 11/30/09 | Central Area RV | 7,846.50 | | 5,100.23 | 6% | 306.01 |
| 18175853 | 11/30/09 | 1st Generation Area RV | 23,823.50 | | 15,485.28 | 6% | 929.12 |
| 18175854 | 11/30/09 | 2nd Generation Area RV | 44,151.30 | | 28,698.35 | 1% | 286.98 |
| 18175855 | 11/30/09 | 3rd Generation Area RV | 22,448.50 | | 14,591.53 | 1% | 145.92 |
| 18175856 | 11/30/09 | Central Region RV | 7,846.50 | | 5,100.23 | 3% | 153.01 |
| 18175857 | 11/30/09 | 1st Generation Region RV | 49,852.60 | | 32,404.19 | 3% | 972.13 |
| 18175858 | 11/30/09 | 2nd Generation Region RV | 45,111.70 | | 29,322.61 | 2% | 586.45 |
| 18175859 | 11/30/09 | Central Nation RV | 102,810.80 | | 66,827.02 | 1% | 668.27 |
| | | **Overrides Total:** | 383,025.70 | | 248,966.75 | | 5,610.91 |

## Cash Bonus

| Ref # | Date | Description | RV | Bonus Amount |
|---|---|---|---|---|
| 1369824 | 11/30/09 | NVP MB Prog | 0.00 | 400.00 |
| | | **Cash Bonus Total:** | 0.00 | 400.00 |

| | Amount | Amount |
|---|---|---|
| **Personal Orders** | 0.00 | 0.00 |
| **Overrides** | 0.00 | 5,610.91 |
| **Adjustments** | 0.00 | 0.00 |
| **Cash Bonus** | 0.00 | 400.00 |
| **Refunds** | 0.00 | 0.00 |
| **Total** | 0.00 | 6,010.91 |

| | |
|---|---|
| **Statement Amount** | 6,010.91 |






Close This Window

 **Print Statement**

 *Whitekiller & Co.* 

*October, 2009*

## Personal Orders

| Ref # | Date | Description | Order Total | PRV | Shipping | Tax | Calc Discount | Flat Discount | Total Due | Applied Balance | Total Paid | Diff. Amt | Disc. Rate(s) | Discount Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44997694 | 10/05/09 | Shelly Whitekiller USD | 271.00 | 251.00 | 12.95 | 30.92 | 87.85 | 0.00 | 227.02 | 0.00 | 227.02 | 0.00 | 0% | 0.00 |
| 45172320 | 10/31/09 | Shelly Whitekiller USD | 803.50 | 714.50 | 22.45 | 85.10 | 250.08 | 0.00 | 660.97 | 0.00 | 660.97 | 0.00 | 0% | 0.00 |
| | | **Personal Orders Total:** | 1,074.50 | 965.50 | 35.40 | 116.02 | 337.93 | 0.00 | 887.99 | 0.00 | 887.99 | 0.00 | | 0.00 |

## Overrides

| Ref # | Date | Description | GRV | x 65% | Override Volume | Override Rate(s) | Override Amount |
|---|---|---|---|---|---|---|---|
| 18107457 | 10/31/09 | Central District RV | 3,709.00 | | 2,410.85 | 8% | 192.87 |
| 18107458 | 10/31/09 | 1st Generation District RV | 17,370.70 | | 11,290.96 | 8% | 903.28 |
| 18107459 | 10/31/09 | 2nd Generation District RV | 29,578.20 | | 19,225.83 | 2% | 384.52 |
| 18107460 | 10/31/09 | 3rd Generation District RV | 31,392.90 | | 20,405.39 | 1% | 204.05 |
| 18107461 | 10/31/09 | Central Area RV | 8,897.50 | | 5,783.38 | 6% | 347.00 |
| 18107462 | 10/31/09 | 1st Generation Area RV | 25,592.60 | | 16,635.19 | 6% | 998.11 |
| 18107463 | 10/31/09 | 2nd Generation Area RV | 56,600.00 | | 36,790.00 | 1% | 367.90 |
| 18107464 | 10/31/09 | 3rd Generation Area RV | 13,243.60 | | 8,608.34 | 1% | 86.08 |
| 18107465 | 10/31/09 | Central Region RV | 8,897.50 | | 5,783.38 | 3% | 173.50 |
| 18107466 | 10/31/09 | 1st Generation Region RV | 52,645.70 | | 34,219.71 | 3% | 1,026.59 |
| 18107467 | 10/31/09 | 2nd Generation Region RV | 49,761.50 | | 32,344.98 | 2% | 646.90 |
| 18107468 | 10/31/09 | Central Nation RV | 111,304.70 | | 72,348.06 | 1% | 723.48 |
| | | **Overrides Total:** | 408,993.90 | | 265,846.07 | | 6,054.28 |

## Cash Bonus

| Ref # | Date | Description | RV | Bonus Amount |
|---|---|---|---|---|
| 1357783 | 10/31/09 | NVP MB Prog | 0.00 | 400.00 |
| | | **Cash Bonus Total:** | 0.00 | 400.00 |

| | Amount | Amount |
|---|---|---|
| **Personal Orders** | 0.00 | 0.00 |
| **Overrides** | 0.00 | 6,054.28 |
| **Adjustments** | 0.00 | 0.00 |
| **Cash Bonus** | 0.00 | 400.00 |
| **Refunds** | 0.00 | 0.00 |
| **Total** | 0.00 | 6,454.28 |

| **Statement Amount** | 6,454.28 |
|---|---|

Close This Window

 **Print Statement**

ARBONNE
INTERNATIONAL

 *Whitekiller & Co.*  *September, 2009*

## Personal Orders

| Ref # | Date | Description | Order Total | PRV | Shipping | Tax | Calc Discount | Flat Discount | Total Due | Applied Balance | Total Paid | Diff. Amt | Disc. Rate(s) | Discount Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44849016 | 9/15/09 | Shelly Whitekiller USD | 304.50 | 284.50 | 12.95 | 34.46 | 99.58 | 0.00 | 252.33 | 0.00 | 252.33 | 0.00 | 0% | 0.00 |
| | | **Personal Orders Total:** | 304.50 | 284.50 | 12.95 | 34.46 | 99.58 | 0.00 | 252.33 | 0.00 | 252.33 | 0.00 | | 0.00 |

## Overrides

| Ref # | Date | Description | GRV | x 65% | Override Volume | Override Rate(s) | Override Amount |
|---|---|---|---|---|---|---|---|
| 17834738 | 9/30/09 | Central District RV | 5,383.00 | | 3,498.95 | 8% | 279.92 |
| 17834739 | 9/30/09 | 1st Generation District RV | 24,300.70 | | 15,795.46 | 8% | 1,263.64 |
| 17834740 | 9/30/09 | 2nd Generation District RV | 30,811.50 | | 20,027.48 | 2% | 400.55 |
| 17834741 | 9/30/09 | 3rd Generation District RV | 35,975.50 | | 23,384.08 | 1% | 233.84 |
| 17834742 | 9/30/09 | Central Area RV | 11,749.50 | | 7,637.18 | 6% | 458.23 |
| 17834743 | 9/30/09 | 1st Generation Area RV | 29,141.10 | | 18,941.72 | 6% | 1,136.50 |
| 17834744 | 9/30/09 | 2nd Generation Area RV | 60,390.80 | | 39,254.02 | 1% | 392.54 |
| 17834745 | 9/30/09 | 3rd Generation Area RV | 7,586.90 | | 4,931.49 | 1% | 49.31 |
| 17834746 | 9/30/09 | Central Region RV | 11,749.50 | | 7,637.18 | 3% | 229.12 |
| 17834747 | 9/30/09 | 1st Generation Region RV | 59,432.70 | | 38,631.26 | 3% | 1,158.94 |
| 17834748 | 9/30/09 | 2nd Generation Region RV | 46,245.10 | | 30,059.32 | 2% | 601.19 |
| 17834749 | 9/30/09 | Central Nation RV | 117,427.30 | | 76,327.75 | 1% | 763.28 |
| | | **Overrides Total:** | 440,193.60 | | 286,125.89 | | 6,967.06 |

## Cash Bonus

| Ref # | Date | Description | RV | Bonus Amount |
|---|---|---|---|---|
| 11304342 | 9/30/09 | RVP MB Prog | 0.00 | 600.00 |
| | | **Cash Bonus Total:** | 0.00 | 600.00 |

## Manual Adjustments

| Ref # | Date | Description | Adjust. Amount |
|---|---|---|---|
| 8696197 | 9/30/09 | Recovery of 16.6% of Jan/Feb override payments made in error. (Part 6 of 6) | -37.59 |
| | | **Manual Adjustments Total:** | -37.59 |

| | Amount | Amount |
|---|---|---|
| **Personal Orders** | 0.00 | 0.00 |
| **Overrides** | 0.00 | 6,967.06 |
| **Adjustments** | -37.59 | 0.00 |
| **Cash Bonus** | 0.00 | 600.00 |
| **Refunds** | 0.00 | 0.00 |
| **Total** | -37.59 | 7,567.06 |

| **Statement Amount** | 7,529.47 |
|---|---|



Close This Window

**Print Statement**

ARBONNE INTERNATIONAL

 *Whitekiller & Co.* 

*August, 2009*

## Personal Orders

| Ref # | Date | Description | Order Total | PRV | Shipping | Tax | Calc Discount | Flat Discount | Total Due | Applied Balance | Total Paid | Diff. Amt | Disc. Rate(s) | Discount Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44664509 | 8/18/09 | Shelly Whitekiller USD | 355.00 | 350.00 | 12.95 | 63.32 | 0.00 | 0.00 | 431.27 | 0.00 | 431.27 | 0.00 | 0% | 0.00 |
| 44721822 | 8/28/09 | Shelly Whitekiller USD | 541.00 | 501.00 | 22.45 | 63.00 | 175.35 | 0.00 | 451.10 | 0.00 | 451.10 | 0.00 | 0% | 0.00 |
| | | **Personal Orders Total:** | 896.00 | 851.00 | 35.40 | 126.32 | 175.35 | 0.00 | 882.37 | 0.00 | 882.37 | 0.00 | | 0.00 |

## Overrides

| Ref # | Date | Description | GRV | x 65% | Override Volume | Override Rate(s) | Override Amount |
|---|---|---|---|---|---|---|---|
| 17764506 | 8/31/09 | Central District RV | 3,895.50 | | 2,532.08 | 8% | 202.57 |
| 17764507 | 8/31/09 | 1st Generation District RV | 22,978.00 | | 14,935.70 | 8% | 1,194.86 |
| 17764508 | 8/31/09 | 2nd Generation District RV | 33,541.80 | | 21,802.17 | 2% | 436.04 |
| 17764509 | 8/31/09 | 3rd Generation District RV | 19,672.00 | | 12,786.80 | 1% | 127.87 |
| 17764510 | 8/31/09 | Central Area RV | 9,788.00 | | 6,362.20 | 6% | 381.73 |
| 17764511 | 8/31/09 | 1st Generation Area RV | 25,424.50 | | 16,525.93 | 6% | 991.56 |
| 17764512 | 8/31/09 | 2nd Generation Area RV | 51,587.60 | | 33,531.94 | 1% | 335.32 |
| 17764513 | 8/31/09 | 3rd Generation Area RV | 5,831.50 | | 3,790.48 | 1% | 37.90 |
| 17764514 | 8/31/09 | Central Region RV | 9,788.00 | | 6,362.20 | 3% | 190.87 |
| 17764515 | 8/31/09 | 1st Generation Region RV | 54,430.00 | | 35,379.50 | 3% | 1,061.39 |
| 17764516 | 8/31/09 | 2nd Generation Region RV | 41,386.90 | | 26,901.49 | 2% | 538.03 |
| 17764517 | 8/31/09 | Central Nation RV | 105,604.90 | | 68,643.19 | 1% | 686.43 |
| | | **Overrides Total:** | 383,928.70 | | 249,553.68 | | 6,184.57 |

## Cash Bonus

| Ref # | Date | Description | RV | Bonus Amount |
|---|---|---|---|---|
| 1294506 | 8/31/09 | RVP MB Prog | 0.00 | 600.00 |
| | | **Cash Bonus Total:** | 0.00 | 600.00 |

## Manual Adjustments

| Ref # | Date | Description | Adjust. Amount |
|---|---|---|---|
| 8544263 | 8/31/09 | Recovery of 16.6% of Jan/Feb override payments made in error. (Part 5 of 6) | -37.59 |
| | | **Manual Adjustments Total:** | -37.59 |

| | Amount | Amount |
|---|---|---|
| **Personal Orders** | 0.00 | 0.00 |
| **Overrides** | 0.00 | 6,184.57 |
| **Adjustments** | -37.59 | 0.00 |
| **Cash Bonus** | 0.00 | 600.00 |
| **Refunds** | 0.00 | 0.00 |
| **Total** | -37.59 | 6,784.57 |

| **Statement Amount** | 6,746.98 |
|---|---|

 

Print Statement

ARBONNE
INTERNATIONAL

Close This Window

 Whitekiller & Co. 

July, 2009

## Personal Orders

| Ref # | Date | Description | Order Total | PRV | Shipping | Tax | Calc Discount | Flat Discount | Total Due | Applied Balance | Total Paid | Diff. Amt | Disc. Rate(s) | Discount Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44345394 | 7/01/09 | Lindsey Taylor USD | 375.00 | 350.00 | 12.95 | 67.86 | 0.00 | 0.00 | 455.81 | 0.00 | 455.81 | 0.00 | 15% | 0.00 |
| 44345921 | 7/01/09 | Shelly Whitekiller USD | 15.00 | 0.00 | 0.00 | 1.35 | 0.00 | 0.00 | 16.35 | 0.00 | 16.35 | 0.00 | 0% | 0.00 |
| 44345997 | 7/02/09 | Shelly Whitekiller USD | 404.00 | 296.00 | 12.95 | 43.43 | 103.60 | 0.00 | 356.78 | 0.00 | 356.78 | 0.00 | 0% | 0.00 |
| 44447770 | 7/19/09 | Jill Hastings USD | 176.00 | 176.00 | 9.75 | 12.30 | 35.20 | 0.00 | 162.85 | 0.00 | 162.85 | 0.00 | 15% | 26.40 |
| 44506948 | 7/28/09 | Shelly Whitekiller USD | 271.00 | 251.00 | 12.95 | 31.14 | 87.85 | 0.00 | 227.24 | 0.00 | 227.24 | 0.00 | 0% | 0.00 |
| 44525720 | 7/30/09 | Paula Arevalos USD | 350.00 | 350.00 | 12.95 | 60.08 | 0.00 | 0.00 | 423.03 | 0.00 | 423.03 | 0.00 | 15% | 0.00 |
| | | **Personal Orders Total:** | 1,591.00 | 1,423.00 | 61.55 | 216.16 | 226.65 | 0.00 | 1,642.06 | 0.00 | 1,642.06 | 0.00 | | 26.40 |

## Overrides

| Ref # | Date | Description | GRV | x 65% | Override Volume | Override Rate(s) | Override Amount |
|---|---|---|---|---|---|---|---|
| 17689908 | 7/31/09 | Central District RV | 4,627.50 | | 3,007.88 | 8% | 240.63 |
| 17689909 | 7/31/09 | 1st Generation District RV | 17,959.50 | | 11,673.68 | 8% | 933.89 |
| 17689910 | 7/31/09 | 2nd Generation District RV | 33,801.05 | | 21,970.68 | 2% | 439.41 |
| 17689911 | 7/31/09 | 3rd Generation District RV | 31,321.00 | | 20,358.65 | 1% | 203.59 |
| 17689912 | 7/31/09 | Central Area RV | 8,751.50 | | 5,688.48 | 6% | 341.31 |
| 17689913 | 7/31/09 | 1st Generation Area RV | 21,649.00 | | 14,071.85 | 6% | 844.31 |
| 17689914 | 7/31/09 | 2nd Generation Area RV | 64,945.05 | | 42,214.28 | 1% | 422.14 |
| 17689915 | 7/31/09 | 3rd Generation Area RV | 8,575.00 | | 5,573.75 | 1% | 55.74 |
| 17689916 | 7/31/09 | Central Region RV | 8,751.50 | | 5,688.48 | 3% | 170.65 |
| 17689917 | 7/31/09 | 1st Generation Region RV | 55,281.30 | | 35,932.85 | 3% | 1,077.99 |
| 17689918 | 7/31/09 | 2nd Generation Region RV | 53,256.25 | | 34,616.56 | 2% | 692.33 |
| 17689919 | 7/31/09 | Central Nation RV | 117,289.05 | | 76,237.88 | 1% | 762.38 |
| | | **Overrides Total:** | 426,207.70 | | 277,035.02 | | 6,184.37 |

## Cash Bonus

| Ref # | Date | Description | RV | Bonus Amount |
|---|---|---|---|---|
| 1272450 | 7/31/09 | RSVP DM (2) | 0.00 | 50.00 |
| 1276803 | 7/31/09 | RSVP Spons (18301388) | 0.00 | 50.00 |
| 1278924 | 7/31/09 | RSVP Spons (18336006) | 0.00 | 50.00 |
| 1283364 | 7/31/09 | RVP MB Prog | 0.00 | 600.00 |
| | | **Cash Bonus Total:** | 0.00 | 750.00 |

## Manual Adjustments

| Ref # | Date | Description | Adjust. Amount |
|---|---|---|---|
| 8396285 | 7/31/09 | Recovery of 16.6% of Jan/Feb override payments made in error. (Part 4 of 6) | -37.59 |
| | | **Manual Adjustments Total:** | -37.59 |

| | Amount | Amount |
|---|---|---|
| **Personal Orders** | 0.00 | 26.40 |
| **Overrides** | 0.00 | 6,184.37 |
| **Adjustments** | -37.59 | 0.00 |
| **Cash Bonus** | 0.00 | 750.00 |
| **Refunds** | 0.00 | 0.00 |
| **Total** | -37.59 | 6,960.77 |

| **Statement Amount** | 6,923.18 |
|---|---|