## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:                                              )
                                                    )        Case No. 10-10714-NLJ
JON CHRISTOPHER WHITEKILLER; and )
SHELLY DAWN WHITEKILLER,                            )
                                                    )
Debtors.                                            )        (Chapter 13)
                                                    )

### OBJECTION TO CONFIRMATION OF DEBTORS'
### CHAPTER 13 PLAN WITH SUPPORTING BRIEF

COMES NOW Municipal Employees Credit Union of Oklahoma City, Inc. ("ME/CU"), a

secured creditor herein, and objects to confirmation of the Chapter 13 Plan of Jon Christopher

Whitekiller and Shelly Dawn Whitekiller (hereinafter referred to as "Debtors"). In support, ME/CU

states:

1.      On February 16, 2010, the Debtors filed a voluntary petition for relief under Chapter

13 of Title XI of the United States Code.

2.      On November 29, 2006, the Debtors executed a Loanliner Open-End Disbursement

Receipt *Plus* (the "Note") in favor of ME/CU whereby ME/CU extended a purchase money loan to

the Debtors, the unpaid principal balance of which was $8,958.08 as of March 5, 2010, with interest

thereon at the Open-End Disbursement Receipt rate of 6.49% per annum.    Said Open-End

Disbursement Receipt specifically notes that the Debtors' 2006 Toyota Tacoma, the purchase of

which is why the loan was made, was pledged as collateral. Attached as Exhibit "1" is a copy of the

Note and Lien Entry Form.

3.      On April 3, 1997, the Debtors executed a Line of Credit (the "LOC") in favor of

ME/CU the unpaid principal balance of which was $1,007.59 as of March 5, 2010, with interest

thereon at the LOC rate of 13.99% per annum.

4.      On September 18, 1996, the Debtors executed a Visa Security Agreement (the "Visa Agreement") in favor of ME/CU whereby ME/CU extended a purchase money loan to the Debtors, the unpaid principal balance of which was $5,054.37 as of March 5, 2010, with interest thereon at the Open-End Disbursement Receipt rate of 11.90% per annum. Attached as Exhibit "2" is a copy of the Visa Agreement.

5.      ME/CU is shown as a secured creditor under the Debtors' proposed Chapter 13 Plan in regards to the 2006 Toyota Tacoma in the incorrect amount of $9,318.22 instead of the accurate amount of $8,958.08 and at the incorrect interest rate of 5.25% instead of the accurate 6.49%. Additionally, Debtors list ME/CU as unsecured in regards to the Line of Credit loan and Visa account. However, each of the Debtors' three loans are cross-collateralized and secured.

6.      11 U.S.C. § 1325(a)(5)(B)(I), specifically provides that the plan must provide that the holder of a secured claim retains the lien securing such claim. As the Plan is deficient as to the accurate amounts owed and interest rates, it should not be confirmed as it does not comply with 11 U.S.C. § 1325.

WHEREFORE, ME/CU prays this Court deny confirmation of the Debtors' Chapter 13 Plan, or in the alternative, fashion appropriate relief to insure that ME/CU's fully secured status in not impaired and that it receives payment on its loan in an amount of at least $8,958.08 at 6.49% per annum, $1,007.59 at 13.99% per annum and $5,054.37 at 11.9% per annum as above indicated.

2

Respectfully submitted,

/s/ Donald K. Funnell
Donald K. Funnell, OBA No. 10814
LYTLE SOULÉ & CURLEE, P.C.
A Professional Corporation
1200 Robinson Renaissance
119 North Robinson
Oklahoma City, Oklahoma  73102
(405) 235-7471 (Telephone)
(405) 232-3852 (Facsimile)
**Attorneys for Creditor,**
**Municipal Employees Credit Union**

## CERTIFICATE OF SERVICE

This is to certify that on this 15th day of March, 2010, a true and correct copy of the above and foregoing was electronically transmitted to the Clerk of the Court using the ECF System for filing and was mailed by first class mail, postage prepaid thereon to the following:

John T. Hardeman
P.O. Box 1948
321 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73101
**Trustee**

Jerry D. Brown
Jerry D. Brown, P.C.
5500 N. Western, Suite 150
Oklahoma City, Oklahoma 73118
**Attorney for Debtor**

/s/ Donald K. Funnell
Donald K. Funnell

F:\wp\MECU\WHITEKILLER-JON\objection.wpd

3

EXHIBIT "1"



MUNICIPAL EMPLOYEES CREDIT UNION OF OKLAHOMA CITY
101 North Walker
Oklahoma City, OK 73102

**Open-End Disbursement
Receipt *Plus***

## BORROWER INFORMATION

| BORROWER 1 NAME | | ACCOUNT NUMBER | DATE |
|---|---|---|---|
| JON WHITEKILLER | | 18147 - 2 | 11/29/2006 |
| BORROWER 2 NAME | | | |
| SHELLY WHITEKILLER | | | |

## SECURITY OFFERED    CONSUMERS' CLAIMS AND DEFENSES -- IF CHECKED, SEE NOTICE BELOW

THE ADVANCE IS SECURED BY YOUR SHARES, ALL PROPERTY SECURING OTHER PLAN ADVANCES AND LOANS RECEIVED IN THE PAST OR IN THE FUTURE, AND THE FOLLOWING PROPERTY:

| PROPERTY/MODEL | YEAR | I.D. NUMBER | VALUE | KEY NUMBER |
|---|---|---|---|---|
| 06 TACOMA/RET/COAPP | 2006 | 3TMLU42N96M007892 | $ 21,119.00 | |
| | | | $ | |
| | | | $ | |
| | | | $ | |

| PLEDGE OF SHARES AND/OR DEPOSITS $ | ACCOUNT NUMBER | PLEDGE OF SHARES AND/OR DEPOSITS $ | ACCOUNT NUMBER |
|---|---|---|---|

## REPAYMENT TERMS

| DAILY PERIODIC RATE | ANNUAL PERCENTAGE RATE | INTEREST RATE IS: | OTHER FEES (Amount and Description) | NEW BALANCE THIS SUBACCOUNT |
|---|---|---|---|---|
| .017781 % | 6.490 % | Fixed | $ 10.00  *Lien Fee* | $ 22,309.50 |

| AMOUNT ADVANCED | PAYMENT AMOUNT | DATE DUE | PAYMENT FREQUENCY | LINE OF CREDIT LIMIT | REMAINING LIMIT |
|---|---|---|---|---|---|
| $ 22,309.50 | $ 202.00 | 01/05/2007 | Biweekly | $ 0.00 | $ 0.00 |

By endorsing the proceeds check for the advance described above, or by having the loan proceeds deposited into your share/share draft account or paid to a third party, you agree: (1) that the property described in the Security Offered section above ("Property") is security under the terms of the LOANLINER Credit and Security Agreement (the "Plan") for all amounts you owe under the Plan and that the property description is incorporated into and a part of the Plan; (2) that the Property is also security for any other loans, including but not limited to, any credit card loan that you have with the credit union now or in the future; and (3) to make payments as disclosed above and in accordance with the terms of the Plan.

Borrower(s) hereby acknowledges receipt of the above advance.

Borrower _____

Date: _____ 11-29-06

Borrower _____

Date: _____

If you are not a borrower but an owner of collateral, you agree to the grant of a security interest to the Credit Union in the above referenced Security Offered section and acknowledge that you have received and read the Loanliner Credit and Security Agreement, including the Addendum ("Agreement") and you agree to be bound by the terms of the Security Agreement only.

Owner of Collateral _____

Date: _____

Owner of Collateral _____

Date: _____

*The following paragraph applies to the Advance only if the box is checked.*

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

## FOR CREDIT UNION USE ONLY

| REQUESTED: | MEMBER PAYS PREMIUM FOR: | CHECK NUMBER: | BRANCH NUMBER: 0 |
|---|---|---|---|
| | | PLAN/SUBACCOUNT NO.: | PROCESSED BY: Jim |

| DATE | LOAN OFFICER COMMENTS: | | LOAN OFFICER INITIALS |
|---|---|---|---|
| 11/29/2006 | | | |

© CUNA MUTUAL GROUP, 1998, 99, 2001, ALL RIGHTS RESERVED

KOKV10 (LASER)

Form Number MV-21-A
Revised June 2004



# OKLAHOMA TAX COMMISSION
## MOTOR VEHICLE DIVISION
### POST OFFICE BOX 53525
### OKLAHOMA CITY, OKLAHOMA 73152

# LIEN ENTRY FORM

Debtor Names and Address (Last Name First)

WHITEKILLER, JON AND SHELLY 18147
_____
Name(s)

19485 SPORTSMAN RD
_____
Address

EDMOND, OK
_____
City, State

73003
_____
Zip Code

| | |
|---|---|
| MUNICIPAL EMPLOYEES CREDIT UNION | |
| Secured Party Name | Assignee of Secured Party Name |
| 101 N WALKER | |
| Address | Address |
| OKLAHOMA CITY, OK | |
| City, State | City, State |
| 73102 | |
| Zip Code | Zip Code |

## THIS LIEN ENTRY FORM COVERS THE FOLLOWING VEHICLE

| 2006 | NISSAN | TACOMA | 3TMLU42N96M007892 |
|------|--------|--------|-------------------|
| Year | Make | Body Type | Vehicle Identification Number (VIN/HIN) |

| 11-29-2006 | |
|---|---|
| Date of Security Agreement | Original Oklahoma Title Number |
| *(signature)* | 11-29-2006 |
| Secured Party / Assignee Signature | Date Executed |

Lender must type and print four (4) identical copies of the Lien Entry Form.
Type one Lien Entry Form for each vehicle, boat or outboard motor.

One (1) copy to the Oklahoma Tax Commission, one (1) copy to the motor license agent, one (1) copy to the secured party or assignee, one (1) copy attached to the title documents to be given to the debtor.

# STATE OF OKLAHOMA - OKLAHOMA TAX COMMISSION

LIEN RECEIPT                         Motor Vehicle Division Tax/Fee Receipt No.        063535598A0932

VIN: 3TMLU42N96M007892    VEHYR: 2006
                          MAKE : TOYT
                          MODEL: DCL
                          BODY : PK

                          LIEN DATE: 12/19/2006        AGNT #: 5598

                          LIEN TIME: 10:00             DATE: 12/19/2006

                                                  FEES        AMOUNT

                                             LIEN FEE:        10.00

        LIEN
        DEBTOR: WHITEKILLER,JON AND SHELLY


        MECU

        101 N. WALKER AVE
        OKC            OK  73102        TOTAL:        $10.00

                                                            **COPY 4**

**EXHIBIT "2"**

**Municipal Employees Credit Union**
**101 N. Walker**
**Oklahoma City, Oklahoma 73102**

### THIS IS AN APPLICATION FOR

GOLD RUSH
VISA GOLD CARD
1994

**INSTRUCTIONS**
1. Must be completed in ink.
2. Complete front and back of this form.
3. Please sign application and disclaimer.
4. If joint account co-applicant must sign.
5. Complete appropriate credit insurance area.
6. Complete request for limit.
7. Thank you for your cooperation.

□ AN INDIVIDUAL LOAN
□ A JOINT LOAN WITH MY SPOUSE

□ JOINT LOAN WITH SOMEONE OTHER
THAN MY SPOUSE (CO-APPLICANT)

□ AUTHORIZED USER'S NAME
_____

## GENERAL

| APPLICANT'S NAME | CREDIT UNION ACCOUNT NO. |
|---|---|
| Jon C. Whitekiller | 18147.00 |

| STREET ADDRESS | CITY, STATE, ZIP | HOW LONG |
|---|---|---|
| 8905 S. McKinley | Oklahoma City, OK 73139 | 1 YR. |

| PREVIOUS ADDRESS (STREET ADDRESS) IF LESS THAN 5 YEARS | CITY, STATE, ZIP | HOW LONG |
|---|---|---|
| 113 Akin Dr. | Oklahoma City, OK 73149 | 1 YR. |

| HOME PHONE NO. | OFFICE PHONE NO. | SOCIAL SECURITY NO. | STATE OF ISSUE |
|---|---|---|---|
| (405) | (405) | 2155 | OK |

| DEPENDENTS EXCLUDING SELF NO. 3  AGES 1, 2, 28 | DATE OF BIRTH (APPLICANT) -66 | DRIVER'S LIC. NO. 2155 | STATE OF ISSUE OK |
|---|---|---|---|

## EMPLOYMENT

| PRESENT EMPLOYER IF SELF-EMPLOYED ATTACH CURRENT FINANCIAL STATEMENT LATEST TAX RETURN | DATE EMPLOYED | ☐ Monthly ☑ Bi-Weekly ☐ Semi-Monthly ☐ Weekly | GROSS $ 34,700 2900 |
|---|---|---|---|
| City of OKC - Police | 3-18-96 | | NET $ |

| ADDRESS (STREET, CITY, STATE, ZIP) | PREVIOUS EMPLOYER | DATES EMPLOYED FROM    TO |
|---|---|---|
| 701 Colcord Dr. Okla. City, OK 73102 | | |

| CURRENT JOB TITLE | SUPERVISOR | SUPERVISOR PHONE NO. | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|---|
| Sgt. | | | |

## REFERENCES

| NEAREST RELATIVE NAME (NOT LIVING WITH YOU) | PHONE NUMBER (405) |
|---|---|

| RELATIVE ADDRESS (STREET, CITY, STATE, ZIP) |
|---|
| Oklahoma City |

| PERSONAL REFERENCE (NOT RELATED) | FULL ADDRESS 701 Colcord Dr. Oklahoma City, OK 73102 | PHONE NUMBER (405) |
|---|---|---|
| PERSONAL REFERENCE (NOT RELATED) | FULL ADDRESS 701 Colcord Dr. Oklahoma City, OK 73102 | (405) |
| PERSONAL REFERENCE (NOT RELATED) | FULL ADDRESS 701 Colcord Dr. Oklahoma City, OK 73102 | (405) |

## MISCELLANEOUS

| | YEAR | MAKE | MODEL | STATE TITLED | | |
|---|---|---|---|---|---|---|
| AUTO ☐ CLEAR ☐ IF FINANCING | | | | | You need not reveal income from alimony, child support or separate maintenance payments unless you want us to consider in evaluating this application. | |
| SAVINGS AT OTHER [ ] CREDIT UNION [ ]S&L  [ ]BANK $ | | NAME, CITY & STATE | | | SOURCE OF OTHER INCOME Security | OTHER INCOME $ 1800 MO. |
| SAVINGS AT OTHER [ ] CREDIT UNION [ ]S&L  [ ]BANK $ | | NAME, CITY & STATE | | | SOURCE OF OTHER INCOME | OTHER INCOME $ MO. |
| SAVINGS AT OTHER [ ] CREDIT UNION [ ]S&L  [ ]BANK $ | | NAME, CITY & STATE | | | SOURCE OF OTHER INCOME | OTHER INCOME $ MO. |

## FINANCES

Applicant & Co-Applicant: Please list all debts & obligations: (Security examples: car, house, shares, household goods, none).

| CREDITOR | SECURITY | BALANCE | MO. PAYMENT | CREDITOR | SECURITY | BALANCE | MO. PAYMENT |
|---|---|---|---|---|---|---|---|
| C. Peterson | Rent | | 450.00 | | | | |
| MECU | Car | 2,601.00 | 150.00 | | | | |
| MECU | Vac. | 1272.00 | 74.00 | | | | |
| Guaranty Bank | Medical | 305.00 | 45.00 | | | | |
| MECU/Visa | Credit Card | 2450.00 | 100.00 | | | | |

## SPOUSE/CO-APPLICANT / AUTHORIZED USER

Complete this section if: (1) this is to be a joint account with your spouse, (2) your spouse will use this account, (3) you live in a community property state (AZ, CA, ID, LA, NV, NM, TX, WA, Puerto Rico) or (4) you are relying on your spouse's or co-applicant's income in applying for this account. This section must be completed about your co-applicant if this is for a joint account with someone other than your spouse.

| SPOUSE/CO-APPLICANT'S NAME | CREDIT UNION ACCOUNT NO. |
|---|---|
| Shelly Dawn Whitekiller | 18147.00 |

| STREET ADDRESS | CITY, STATE, ZIP | HOW LONG |
|---|---|---|
| 8905 S. McKinley | Oklahoma City, OK 73139 | 1 YR. |

| HOME PHONE NO. (405) | DATE OF BIRTH -67 | SOCIAL SECURITY NO. 4589 | OFFICE PHONE NO. (405) |
|---|---|---|---|

| PRESENT EMPLOYER IF SELF-EMPLOYED ATTACH CURRENT FINANCIAL STATEMENT LATEST TAX RETURN | JOB TITLE | SUPERVISOR | GROSS $ |
|---|---|---|---|
| ADDRESS (STREET, CITY, STATE, ZIP) | DATE EMPLOYED | ☐ SALARY ☐ MONTHLY ☐ Semi-Month ☐ Bi-Weekly ☐ Weekly | NET $ |

Child Support $ _____ Alimony $ _____ Child Care $ _____ Total Monthly obligations $ _____  If more, list on separate sheet.
Have you ever filed for bankruptcy? [ ] yes [✗] No  Year filed _____  [ ] 13  [ ] Other _____
Are any suits pending, judgements unsatisfied, alimony or maintenance awards against you? [ ] yes [✗] no
Ever had any auto, furniture or other property repossessed? [ ] yes [✗] no  Do you have any past due bills? [ ] yes [✗] no  To whom? _____
Are you a comaker or endorser on another person's note or loan? [ ] yes [✗] no  If yes, list above.

PLEASE READ CAREFULLY BEFORE SIGNING: This statement is submitted to obtain a credit card and I/We certify that all information herein is true and complete. I/We also authorize the credit union to verify or obtain further information the credit union may deem necessary concerning my (our) credit standing. If this application is approved, I/We agree to be bound by the terms and conditions of the card agreement, a copy of which will be mailed to the applicant, receipt of such agreement and acceptance of such terms to be conclusively presumed by the applicant's use. I/We understand that by are granting a security interest in any Municipal Employee Credit Union account I/We have up to the amount of my/our outstanding balance to protect the credit union if I/We default on any credit extended or cash advance under my/our VISA Gold card account.

| Signed: Jon C. Whitekiller | Date 9-18-96 | Signed: Shelly Whitekiller | Date 9-18-96 |
|---|---|---|---|
| Member's Signature | | Member's Signature | |

REQUIRED CARD INFORMATION  [✗] Applicant (Mother's Maiden Name) _____  [ ] Co-Applicant (Mother's Maiden Name) _____
[✗] Authorized User _____  Total Number of Cards Requested _____
I understand I am responsible for charges made by authorized user. I agree to recover the card and return it to the credit union should an authorized user no longer be able to access my account along with a letter requesting removal.

| Applicant Jon C. Whitekiller | Date 9-18-96 | Co-Applicant Shelly Whitekiller | Date 9-18-96 |
|---|---|---|---|

CREDIT INSURANCE DISCLOSURE: Unit cost value disclosure per $100.00 of month-end balance: Single credit life: _____  Credit Disability: _____
CREDIT INSURANCE SCHEDULE: Maximum monthly disability benefit - $600.00; Maximum amount of loan insurable - Life: $30,000  Disability: $30,000, Maximum age for insurance: Life - None  Disability - None. If you are totally disabled for more than 30 days, then the Disability benefit will begin with the 31st day of disability.
I understand that CREDIT INSURANCE IS NOT REQUIRED as a CONDITION FOR CREDIT. I may rescind this request any time. I hereby authorize the Credit Union to pay said premiums to the insurer.
I request SINGLE CREDIT LIFE [ ] Yes [ ] No $ _____  I request JOINT CREDIT LIFE [ ] Yes [ ] No $ _____  I request CREDIT DISABILITY [ ] Yes [ ] No $ _____

TRANSFER BALANCE OPTION: Why pay a high interest rate on your other credit cards or department store cards when you can take advantage of MECU VISA GOLD low credit card interest rate? You may transfer up to your available credit line. Complete the form below, giving us the balance from your latest unpaid statement. That amount will be posted to your MECU credit card account as a cash advance subject to the terms of the cardholder agreement. If the next payment on your other credit card is due within 15 days, you should make the payment and deduct the amount from the "Amount to Transfer" below. Any charges you make to your other account after you transfer the balance, should be paid directly to that credit card center, instead of MECU.

| CARD NAME/DEPT. STORE | ACCOUNT NUMBER | BILLING ADDRESS | CITY/STATE/ZIP | TRANSFER AMOUNT $ | CLOSING? |
|---|---|---|---|---|---|
| MECU - Visa | 2662 | | | | |
| | | | | | |
| | | | | | |

ONLY THOSE ACCOUNTS INDICATED ABOVE WILL BE CLOSED

| SIGNATURE Jon C. Whitekiller | DATE 9-18-96 | SIGNATURE Shelly Whitekiller | DATE 9-18-96 |
|---|---|---|---|





**NCUA**
National Credit Union Administration,
a U.S. Government Agency

**VISA**

**Municipal Employees Credit Union**
101 N. Walker
Oklahoma City, Oklahoma 73102
(405) 297-2995

# CREDIT UNION CARD
# TERMS, SECURITY AGREEMENT AND DISCLOSURES

The person ("Cardholder") whose name is embossed on the face of the card ("Card") which may be issued upon approval by Issuer, and each Cardholder, in the event more than one Card is issued bearing the same account number, by signing or using said Card, agrees with the Issuer of the Card, Municipal Employees Credit Union ("Issuer") as follows:

1. **Goods and Services.** "(Credit Purchases")...

2. **Responsibility.** ...

3. **Lost Card Notification.** It is imperative the Card has been lost or stolen you will immediately call 1-800-448-7587 or collect 614-248-4239 to report the loss.

4. **Liability for Unauthorized Use.** ...

5. **Credit Line.** ...

6. **Credit Information.** ...

7. **Cardholder** shall not use Card or permit the use of Related Cards to obtain Credit Purchases or Loans...

8. All **Credit Purchases** and Loans are effected at the option of the Seller and Cash Advancing Bank...

9. **Issuer** will send to Cardholder, at monthly intervals determined by Issuer, a statement reflecting...

RETURN CHECK CHARGE: $10.00
DRAFT RETRIEVAL: $15.00
ADDITIONAL OR REPLACEMENT CARDS - $10.00 each
DEMAND STATEMENTS - $2.00 per page
LOST/FORGOTTEN PIN# - $1.00

10. **Security Interest.** Cardholder and any authorized user of the Card grants Issuer a Purchase Money Security Interest under the Uniform Commercial Code...

11. **Secured Party Remedies.** In the event of default, Issuer may, without notice, exercise any remedy provided to secured parties under the Uniform Commercial Code, Oklahoma or common law...

12. **Default.** Cardholder will be in default if Cardholder (i) fails to comply with any term of this Agreement, (ii) is unable to pay debts or does not pay debts as they come due...

13. **Acceleration of Payments.** Issuer may, without notice, require payment at once of the entire balance outstanding of Cardholder's account if Cardholder is in default...

14. If the New Balance indicated on Cardholder's statement for the prior monthly period is not paid in full within 25 days after the statement closing date...

15. This Agreement may be amended from time to time by Issuer by written notice mailed to Cardholder at Cardholder's last known address...

16. Issuer can delay enforcing its rights under this Agreement without losing them. Issuer can accept late payments, partial payments or checks and money orders marked as being payment in full without losing any rights under this Agreement.

17. A **FINANCE CHARGE** will be imposed on Cash Advances that you obtain through the use of your card during the current billing cycle from the date of each such Cash Advances and will continue to accrue until paid...

A **FINANCE CHARGE** will be imposed on Credit Purchases of goods and services that you obtain through the use of your card only if you elect not to pay the entire New Balance shown on your previous monthly statement within 25 days from the closing date of the statement...

18. The Periodic Rate used to compute the FINANCE CHARGE is .99% per month. The corresponding ANNUAL PERCENTAGE RATE is 11.90%.

19. We figure the FINANCE CHARGE on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions)...

All payments will be first applied to accrued FINANCE CHARGES, then to the New Balance.

**BILLING RIGHTS**

Keep this notice for Future Use. This notice contains important information about Cardholder rights and Issuer's responsibilities under the Fair Credit Billing Act.

**Notify Us in Case of Errors or Questions About Your Billing.** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the following address: Municipal Employees Credit Union, 101 North Walker, Oklahoma City, OK 73102.

Write us as soon as possible. We must receive your written notice at the address in the preceding paragraph no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number;
- The dollar amount of the suspected error;
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop payment on any amount you think is wrong...

**Your Right and Our Responsibility After We Receive Your Written Notice.** We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent...

If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount...

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay...

If we do not follow these rules, we cannot collect the first $50 of the questioned amount, even if your bill was correct.

**Special Rules for Credit Card Purchases.** If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right:

(a) You must have made the purchase in your home state or, if not within your home state, within 100 miles of your current mailing address; and
(b) The purchase price must have been more than $50.

These limitations do not apply if you own or operate the merchant, or if we mailed you the advertisement for the property or services.

| ANNUAL PERCENTAGE RATE: | VARIABLE RATE INFORMATION: | GRACE PERIOD ON PURCHASES: | ANNUAL FEE: | MINIMUM PAYMENT: | BALANCE CALCULATIONS METHOD FOR PURCHASES AND CASH ADVANCES: | MINIMUM FINANCE CHARGE: | RETURNED CHECK, RETURNED PAYMENT CHARGE: | LATE PAYMENT CHARGE: | OVERLIMIT CHARGE: | TRANSACTION FEE FOR PURCHASES: | CASH ADVANCE FEE: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11.90% | The Annual Percentage Rate (APR) will not vary unless notified as required by law. | 25 Days | None | 2.5% of Balance but not less than $20. | Average Daily Balance (including new transactions) | None | $10.00 | $15.00 | $10.00 | None | None |

*The information set forth in this application and Agreement was accurate as of August 1, 1994, the date this application and Agreement was printed. Applicants should contact Municipal Employees Credit Union, 101 North Walker, Oklahoma City, Oklahoma 73102, for any information on any change in the information contained herein since it was printed.

I/WE HAVE READ THE CONDITIONS AND DO HEREBY AGREE TO ABIDE BY THE TERMS STATED HEREIN.

_____    9-18-96    _____
Applicant's Signature            Date            *Spouse/Co-Applicant's Signature    Date

*Note: Signature required only if a Joint Account, or the spouse of the Account Holder or a co-applicant will use
(Credit Union Copy)



