# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

IN RE: **Jon Christopher WhiteKiller**
**Shelly Dawn WhiteKiller**
Debtor(s).

BK- **10-10714** NLJ

Chapter 13

## TRUSTEE'S OBJECTION AND/OR
## REQUEST FOR SETTING OF HEARING ON CONFIRMATION

The Chapter 13 Trustee hereby requests this court set the above-styled matter for a confirmation hearing, and for cause therefore would state:

☒ Trustee objects to confirmation
   ☒ The proposed plan is not feasible    ☒ Terms must increase    ☐ Per I & J _____
   ☐ Plan Payments are not current.
   ☐ Filing fee not paid in full
   ☒ Plan fails to pay general unsecured pursuant to means test **$375,834.60**
   ☐ Certificate of service ☐ not provided, or ☐ time has not run.
   ☐ 60 days pay vouchers not provided _____
   ☐ All debts not provided for _____
   ☐ Plan was not proposed in good faith.
   ☐ Proposed payments to creditors must change.
   ☐ Paying for item(s) not necessary for reorganization.
   ☐ Tax returns not provided. ☐ Plan fails to pay liquidation value.
   ☐ Debtor(s) are above median income and plan not proposed for 60 months.
   *withdrawn* ☒ Oklahoma Tax Commission objects to confirmation ☒ Unfiled returns for **09**
   ☐ Internal Revenue Service objects to confirmation ☐ Unfiled returns for _____
   ☐ Creditor in attendance at the 341 meeting objects to confirmation _____
   ☒ Written objection filed by **MECU**
   ☒ Other **Amend Sch "I"**

☐ Any dismissal shall be requested with prejudice.

If the case is not confirmed, the Trustee requests dismissal and any other relief the court deems just.

DATE: **3/25/10**

Respectfully submitted,

John Hardeman
Chapter 13 Trustee

cc: Original filed with Clerk
Debtor(s) Attorney

*************************************************************

## NOTICE OF HEARING

Pursuant to Trustee's Request for Setting of Hearing on Confirmation, this case will be set for a Confirmation Hearing on **6/3/10**, at **8:35** a.m. in the Second Floor Courtroom, before the Honorable Niles L. Jackson. The Clerk of the Court will provide proper notice thereof in compliance with the applicable rules of procedure. **Any party desiring to be heard at the Confirmation Hearing must file a written objection no later than eighteen days after the conclusion of the § 341 Meeting of Creditors. Loc. R. Bankr. P. 3015(e)(1) and (e)(3).**