# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jon Christopher Whitekiller | ) | Case No. 10-10714-NLJ |
| | ) | |
| Shelly Dawn Whitekiller, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

## **WITHDRAWAL OF CLAIM OF THE OKLAHOMA TAX COMMISSION**

The State of Oklahoma, ex rel. Oklahoma Tax Commission ("OTC"), hereby withdraws its proof of claim (claim no. 4) filed on March 8, 2010, in the total amount of $150.00 for the reason that additional information has been provided.

Respectfully submitted,

/s/Joseph P. Gappa
Joseph P. Gappa, OBA #14720
Assistant General Counsel
Oklahoma Tax Commission
120 N. Robinson, Suite 2000
Oklahoma City, OK  73102-7471
Tel: (405)319-8550
Fax: (405)602-0165

**CERTIFICATE OF MAILING/ELECTRONIC TRANSMISSION**

     I, Joseph P. Gappa, hereby certify that on this 9th day of June, 2010, a true and correct copy of the above Withdrawal of Claim was electronically served using the CM/ECF system to John Hardeman, Chapter 13 Trustee, Jerry D. Brown, attorney for the Debtors and the Office of the United States Trustee.

     Further, I certify that on the 9th day of June, 2010 a true and correct copy of the Withdrawal of Claim was mailed via U.S. Mail, first class, postage prepaid and properly addressed to the following at the address shown:

Jon & Shelly Whitekiller
924 N. 9th Avenue
Purcell, OK  73080

                                                  /s/Joseph P. Gappa
                                                Joseph P. Gappa