## United States Bankruptcy Court
### Western District of Oklahoma

In re: Jon Christopher Whitekiller / Shelly Dawn Whitekiller, Debtor(s)

Case No. 10-10714 NLJ
Chapter 13

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

SCHEDULE I-- CORRECTED INCOME
SCHEDULE J-- CORRECTED EXPENSES

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: 6/14/10

Jerry D. Brown OBA #16815
Attorney for Debtor(s)
Jerry D. Brown, P. C.
5500 N. Western Ave.
Suite 150
Oklahoma City, OK 73118
(405) 841-1000 Fax:(405) 841-1001
jdbrownpc@sbcglobal.net

B6I (Official Form 6I) (12/07)

In re: Jon Christopher Whitekiller
Shelly Dawn Whitekiller
Debtor(s)

Case No. 10-10714 NLJ

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): SON, DAUGHTER | AGE(S): 13 YEARS, 15 YEARS |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | POLICE OFFICER | NATIONAL VICE PRESIDENT |
| Name of Employer | OKLAHOMA POLICE DEPARTMENT | ARBONNE INTERNATIONAL |
| How long employed | 19 YEARS 10 MONTHS | 8 YEARS 4 MONTHS |
| Address of Employer | 100 N WALKER, STE 300 OKLAHOMA CITY, OK 73102 | 924 N 9TH PURCELL, OK 73080 |

| | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 6,535.97 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 6,535.97 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 771.31 | $ 0.00 |
|    b. Insurance | $ 642.11 | $ 0.00 |
|    c. Union dues | $ 560.15 | $ 0.00 |
|    d. Other (Specify): UNION DUES | $ 99.67 | $ 0.00 |
|        MEDICAL | $ 65.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 2,138.24 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 4,397.73 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 4,739.72 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 4,739.72 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 4,397.73 | $ 4,739.72 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 9,137.45 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  Jon Christopher Whitekiller
       Shelly Dawn Whitekiller                                   Case No. 10-10714 NLJ
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 926.22 |
| a. Are real estate taxes included?   Yes X   No ___ | |
| b. Is property insurance included?   Yes X   No ___ | |
| 2. Utilities: a. Electricity and heating fuel | $ 306.17 |
| b. Water and sewer | $ 35.67 |
| c. Telephone | $ 80.00 |
| d. Other  See Detailed Expense Attachment | $ 559.00 |
| | $ 50.00 |
| 3. Home maintenance (repairs and upkeep) | $ 1,000.00 |
| 4. Food | $ 300.00 |
| 5. Clothing | $ 150.00 |
| 6. Laundry and dry cleaning | $ 520.00 |
| 7. Medical and dental expenses | $ 1,000.00 |
| 8. Transportation (not including car payments) | $ 800.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | $ 0.00 |
| a. Homeowner's or renter's | $ 170.00 |
| b. Life | $ 0.00 |
| c. Health | $ 193.12 |
| d. Auto | $ 0.00 |
| e. Other _____ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify)  ESTIMATED INCOME TAX PAYMENTS (QUARTERLY) | $ 591.61 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other _____ | $ 0.00 |
| c. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  CHURCH TITHES | $ 200.00 |
| Other _____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 6,881.79 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
   DEBTOR'S ANTICIPATE AN INCREASE IN MONTHLY EXPENSES ONCE THE IRS HAS CALCULATED BALANCE OWED FOR THE 2008 TAX YEAR.

| | |
|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $ 9,137.45 |
| b. Average monthly expenses from Line 18 above | $ 6,881.79 |
| c. Monthly net income (a. minus b.) | $ 2,255.66 |

B6J (Official Form 6J) (12/07)

In re  Jon Christopher Whitekiller
Shelly Dawn Whitekiller
Debtor(s)

Case No. 10-10714 NLJ

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| CABLE & INTERNET | $ 120.00 |
| CELL PHONE- FAMILY PLAN | $ 420.00 |
| GARBAGE PICK UP | $ 12.00 |
| AMBULANCE/UTILITY FEE | $ 7.00 |
| **Total Other Utility Expenditures** | $ 559.00 |

# United States Bankruptcy Court
## Western District of Oklahoma

In re: Jon Christopher Whitekiller
Shelly Dawn Whitekiller
Debtor(s)

Case No. 10-10714 NLJ
Chapter 13

## AMENDED
### DECLARATION CONCERNING DEBTOR'S SCHEDULES

#### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of 3 page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date 6-10-10    Signature /s/ Jon Christopher Whitekiller
Debtor

Date 6-10-10    Signature /s/ Shelly Dawn Whitekiller
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy